

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00198-CR

Juan Manuel **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0013-CR-B
Honorable Janna K. Whatley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 22, 2023.

_____
Rebeca C. Martinez, Chief Justice